**Antonio Germaine JOHNSON,
Petitioner—Appellant,**

v.

**Warden Michael PETTIFORD,
Respondent—Appellee.**

No. 09–6068.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 20, 2009.

Decided: Oct. 23, 2009.

Antonio Germaine Johnson, Appellant Pro Se.

Before TRAXLER, Chief Judge, NIEMEYER, Circuit Judge, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antonio Germaine Johnson, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2006) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Johnson v. Pettiford,* No. 0:07–cv–03236–CWH (D.S.C. filed Dec. 12, 2008, and entered Dec. 15, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*